IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELBERT MELTON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:23-CV-640-RAH |
| ) | |
| HOUSTON COUNTY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

On July 9, 2024, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 11.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 11) is ADOPTED.

2. This case is DISMISSED.

DONE, on this the 21st day of May 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE